UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY LUCAS,<br><br>                                      Petitioner,<br><br>       -against-<br><br>COMMISSIONER OF MENTAL HEALTH,<br><br>                                      Respondent. | 23-CV-11274 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 5, 2024
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge